Date: 05/26/10       **DIVIDENDS REMITTED TO THE COURT**    #75O432     Page:

Case Number 09-18958 - GIBBONS, JOHN J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **The Swiss Colony**<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374<br>   ACCOUNT NO. 6184 | 000006 | 123.55 | 3.33 |
| ---------- Remittance Total --------------- | | 123.55 | 3.33 |

CK # 1O6

_____
MARVIN A. SICHERMAN, Trustee

FILED
2010 JUN 11 PM 3:27
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND